IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02118-WDM-CBS

TAM HUYNH,
    Applicant,
v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

## ORDER ON STATUS

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Huynh's "Motion for Permission to File Traverse to Respondents' Order to Show Cause and for Sufficient Time to Do So" (filed January 4, 2007) (doc. # 14). Pursuant to the Order of Reference dated November 3, 2006 (doc. # 5) and the memorandum dated January 9, 2007 (doc. # 15), this matter was referred to the Magistrate Judge. The court having reviewed Huynh's Motion and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that the "Motion for Permission to File Traverse to Respondents' Order to Show Cause and for Sufficient Time to Do So" (filed January 4, 2007) (doc. # 14) is GRANTED. Huynh may file his traverse on or before February 15, 2007.

Dated at Denver, Colorado this 9th day of January, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge