IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02118-WDM-CBS

TAM HUYNH,
    Applicant,
v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Huynh's "Motion for Update on Status of Case" (filed April 14, 2008) (doc. # 19). Pursuant to the Order of Reference dated November 3, 2006 (doc. # 5) and the memorandum dated April 15, 2008 (doc. # 20), this matter was referred to the Magistrate Judge. The court has reviewed the motion and the entire case file and is sufficiently advised in the premises.

    The court is aware of Mr. Huynh's pending Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (doc. # 2). The court has noted Mr. Huynh's change of address (*see* doc. # 18) in the court records. The court will issue a Recommendation on the Petition in due course, as promptly as possible in light of the many other cases currently before the court.

    IT IS THEREFORE ORDERED that Mr. Huynh's "Motion for Update on Status of Case" (filed April 14, 2008) (doc. # 19) has been noted and granted to the extent explained in this Order.

DATED at Denver, Colorado, this 16th day of April, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge