FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 3 2010

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 06-cv-02118 CMA-CBS

TAM HUYNH,

    Applicant,

vs.

LOU ARCHULETTA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __5th__ day of __July__, 2010.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02118 CMA-CBS

District Court, City and County of Denver
1437 Bannock St. Room 256
Denver, CO 80202

Tam Huynh
# 91040
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Christine Cates Brady - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 7/13/10.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk